## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW MEXICO

Maitony Yohandry CARDENAS BARRERA,

   *Petitioner,*

   v.

DORA CASTRO, Warden, Otero County Processing Center; MARY DE ANDA-YBARRA, Field Office Director, El Paso Field Office, United States Immigration and Customs Enforcement; PATRICK J. LECHLEITNER, Senior Official Performing the Duties of the Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAMELA BONDI, United States Attorney General, *in their official capacities*,

   *Respondents.*

Civil Action No.: 1:25-cv-00266-MLG-KRS

### NOTICE OF GOOD STANDING

Comes now Petitioners' counsel, Allegra Love, and gives notice to the court that pursuant to D.N.M.LR-Civ. 83.3, attorney Jennifer Babaie is in good standing as a member of the California Bar Association.

Dated September 16, 2024   Respectfully submitted,

                                        By: */s/ Allegra Love*
                                              Allegra Love
                       Las Americas Immigrant Advocacy Center
                                1500 E Yandell Dr

El Paso, TX 79902<br>
T: (915) 433-9838<br>
allegralove@las-americas.org<br>
*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that, this 14th day of March, 2024, I filed a copy of the foregoing through the CM/ECF system, which gave service to all counsel of record.

By: */s/ Allegra Love*
Allegra Love