# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MAITONY YOHANDRY CARDENAS BARRERA,

    Petitioner,

v.                                Case No. 2:25-cv-00266-MLG-KRS

DORA CASTRO, Warden, Otero County Processing
Center, MARY DE ANDA-YBARRA, Field Office
Director, El Paso Field Office, United States Immigration
and Customs Enforcement, PATRICK J. LECHLEITNER,
Senior Official Performing the Duties of the Director,
United States Immigration and Customs Enforcement,
KRISTI NOEM, Secretary of Homeland Security,
PAMELA JO BONDI, United States Attorney General,
in their official capacities,

    Respondents.

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA